# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ANGELA BOYD,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 5:21-cv-00128-LCB |
| **STI ELECTRONICS, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is the Joint Stipulation of Dismissal under Fed. R. Civ. P. 41. The Court considers dismissal proper and, therefore, **DISMISES WITH PREJUDICE** the claims. Each party will bear their own attorneys' fees and costs.

**DONE** and **ORDERED** this February 22, 2022.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE